UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO, JR.,<br><br>                             Plaintiff,<br><br>-against-<br><br>ALL THE WOMAN THAT SUE ME INTERNATIONAL AND NATIONAL, *et al.*,<br><br>                             Defendants. | 19-CV-11914 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 7, 2020, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 7, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge